**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

YASMEEN E. PUGH,

Plaintiff,

v.

TESLA,

Defendants.

Case No. 3:26-CV-00424-MMD-CLB

**ORDER**

Plaintiff Yasmeen E. Plaintiff initiated this action on June 4, 2026, by filing a motion to proceed in forma pauperis and civil rights complaint. (ECF Nos. 1, 1-1.) The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and allowed her to proceed on a Title VII retaliation claim against Defendant Tesla. (ECF No. 8.) The Court also allowed Plaintiff to file an amended complaint curing the deficiencies of a Title VII hostile work environment claim within thirty days of the entry of the screening order. (*Id.* at 4.)

On July 30, 2026, Plaintiff filed a First Amended Complaint. (ECF No. 9.) However, this First Amended Complaint omited significant portions of the allegations that formed the basis of her original complaint, including the allegations that form the basis of the Title VII retaliation claim. (*Compare* ECF No. 9, *with* ECF No. 1-1.) Given Plaintiff's *pro se* status, the Court granted Plaintiff a sua sponte extension to file a second amended complaint by no later than September 21, 2026 to correct these issues. (ECF No. 10 at 2.) The Court specifically stated that if Plaintiff chose not to file a second amended complaint, this action would proceed on only the Title VII retaliation claim as stated in the original complaint. (*Id.*) That deadline expired without a second amended complaint or other response by Plaintiff. Therefore, this action will therefore proceed as stated in the screening order. (ECF No. 8.)

For the foregoing reasons, **IT IS HEREBY ORDERED** that:

(1) The operative complaint in this case is Plaintiff's original complaint, (ECF

No. 1-1) and this case shall proceed solely on the Title VII retaliation claim against Defendant Tesla;

(2) The Clerk of Court shall **ISSUE** summonses for Defendant Tesla, **and deliver the same**, to the U.S. Marshal for service. The Clerk also shall also **SEND** sufficient copies of the complaint (ECF No. 1-1) and this Order to the U.S. Marshal for service on the defendant. The Clerk shall **SEND** to Plaintiff **one** USM-285 form. Plaintiff will have **21 days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each defendant on each form at 400 S. Virginia Street, 2nd floor, Reno, Nevada 89501. Within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, if any of the defendants were not served, and if Plaintiff wants service to be attempted again, he must file a motion with the court providing a more detailed name and/or address for service, or indicating that some other method of service should be attempted.

(3) Plaintiff is reminded that under Federal Rule of Civil Procedure 4(m), service must be completed within **90 days** of the date of this Order. If Plaintiff requires additional time to meet any of the deadlines set by the court, he must file a motion for extension of time under Local Rule 1A 6-1 *before* the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

(4) Plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court. If Plaintiff electronically files a document with the court's electronic filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); LR IC 4-1(b); LR 5-1. If Plaintiff mails the document to the court, Plaintiff shall include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, Plaintiff shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The court may disregard any document received by a district

judge or magistrate judge which has not been filed with the Clerk, and any document received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service when required.

**DATED**: September 22, 2026

**UNITED STATES MAGISTRATE JUDGE**